UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WORLDHOMECENTER.COM, INC.,
                         Plaintiff,

-against-

FRANKE CONSUMER PRODUCTS, INC.,
                         Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/11

10 **CIVIL** 3205 (BSJ)

**JUDGMENT**

Defendant having moved to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on June 22, 2011, having rendered its Memorandum and Order granting defendant's motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 22, 2011, defendant's motion to dismiss is granted.

**Dated:** New York, New York
         June 23, 2011

                                 **RUBY J. KRAJICK**
                                 **Clerk of Court**
        BY:
                                 **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____